# United States District Court
## Northern District of New York

UNITED STATES OF AMERICA

v.                                                      **Docket No.:   1:22CR00128-1**

Matthew Walshe

_____

### ORDER TO DISMISS SUPERVISED RELEASE VIOLATION PETITION

On April 21, 2026, the Court issued a warrant for the defendant's arrest based upon a Petition for Summons submitted by the U.S. Probation Office alleging violations of supervised release to include drug use (violation #1), drug possession (violation #2), failure to complete community service (violation #3), and failure to appear for both drug testing and substance abuse treatment (violation #4).

The defendant was arrested on April 22, 2026, and appeared before the Court for the purposes of an Initial Appearance and Detention Hearing. At the conclusion of that hearing, the defendant was released on conditions.

On June 11, 2026, the defendant appeared before this Court and admitted to violations #1 through #4 of the violation petition. Sentencing in this matter was postponed until August 6, 2026, to allow time for the defendant to demonstrate commitment to both supervision and treatment goals.

While sentencing has remained pending, it is noted that aside from failing to attend two treatment sessions without notifying the provider, the defendant has complied with the conditions of supervised release. Namely, the defendant established full-time remote employment with Maximus in a customer service role, has largely complied with both substance abuse and mental health treatment, and has maintained his sobriety. Due to his compliance, the U.S. Probation Office recommends that the pending violation petition be dismissed without prejudice.

Having reviewed this request and the record in this matter, the Court hereby ORDERS that the United States Probation Office's request is GRANTED and the supervised release violation petition executed on April 21, 2026, is DISMISSED WITHOUT PREJUDICE; and the Court further ORDERS that the defendant remains subject to all of the conditions of Supervised Release previously imposed by this Court.

IT IS SO ORDERED.

DATED: *Aug 6, 2026*

_____

Honorable Glenn T. Suddaby
U.S. District Judge